UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARYJANE E. MENDOZA,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>    Defendant. | Case No. 3:23-cv-00340 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that MARYJANE E. MENDOZA ("Plaintiff") hereby notifies the Court that Plaintiff and FIRST NATIONAL COLLECTION BUREAU, INC. ("Defendant") have settled all claims and are in the process of consummating the settlement. Plaintiff anticipates this process will take no more than 45 days and prays that the Court stay all proceedings and terminate any pending deadlines.

Dated: February 5, 2024

Respectfully submitted,

 */s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd.
2500 S. Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
mdaher@sulaimanlaw.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court for the Southern District of Texas by using the CM/ECF system, which will effectuate service on all counsel of record.

/s/ *Marwan R. Daher*