UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARYJANE E. MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:23-cv-340 |
| | § | |
| FIRST NATIONAL COLLECTION BUREAU, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On April 25, 2024, the plaintiff filed a notice of voluntary dismissal as to her claims against the defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 11.

Accordingly, it is hereby ORDERED that all claims asserted by the plaintiff against the defendant in the above-captioned and numbered lawsuit are DISMISSED WITH PREJUDICE to refiling.

Each party to bear its own attorneys' fees and costs.

Signed on Galveston Island this 26th day of April, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE